O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL BAKER, | ) | CASE NO. CV 10-09136 JST (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| MR. NAZIR, ET AL., | ) | |
| Defendants. | ) | |

    The Court has reviewed the file in this matter, has read and reviewed the Report and Recommendation of United States Magistrate Judge, and reviewed the file *de novo* in light of Plaintiff's Objections. Briefly stated: although repeatedly advised of the need to provide service-related documents to the Marshal in order to allow service of process to be attempted, Plaintiff has not done so, and no proofs of service have been filed.

    More specifically: In his Objections, Petitioner implies that the reason why the Marshal found his submissions insufficient was Plaintiff's failure to provide complete address information for the defendants, *i.e.*, information sufficient to locate the defendants to attempt service of process. Not so. According to the Marshal's records, copies of which are appended to the Court file, Petitioner's shortcoming – on all three occasions – was his failure to send the Marshal's office (1) an original summons, plus another copy of the summons for each individual to be served; (2) one copy for each defendant of the CV-

35 Order directing the Marshal to serve process; and (3) one copy of the Complaint for each defendant. (In contrast, the box on the same three deficiency-notice forms indicating a deficient USM-285 form – the form on which address information is supplied for each defendant – is *not* checked.) Although the foregoing check-boxed explanations were sufficient, the Clerk's office left no doubt as to what was missing. A "Note" at the base of *all three* of the Marshal's deficiency-notice forms sent to Plaintiff explained further as follows:

> Note: You are missing the Original Summons with the embossed seal on it with extra copies [for each defendant to be served], CV-35 with extra copies, and Complaint with extra copies. Also send one more copy of Summons and Complaint for your file.

Thus, Plaintiff's Objection, namely that he has provided sufficient address information, not only lacks merit but also is entirely beside the point. Plaintiff was told three times that his submissions were deficient not because of any lack of address information but because Plaintiff had failed to send back routine paperwork.

With the foregoing clarification, the Court accepts the Report and adopts its findings and recommendations.

DATED: 11/15/11

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE