O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL BAKER, | ) | CASE NO. CV 10-09136 JST (RZ) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MR. NAZIR, ET AL., | ) | |
| Defendants. | ) | |

    Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: 11/15/11

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE